United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 14-20142-elf
Paulette J Ducally                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Lisa                    Page 1 of 2               Date Rcvd: Apr 16, 2020
                                Form ID: 138NEW               Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.
```
db              +Paulette J Ducally,    418 W. Lafayette Street,    Norristown, PA 19401-4650
13539931        +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13450225        +Midland Mortgage Compa,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13839371        +Thomas Puleo,    KML Law Group P.C.,    c/o Midfirst Bank,    701 Market Street ste 5000,
                  Philadelphia Pa 19106-1541
13450228        +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13453801         Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:53    City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 05:00:01
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13454952         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 17 2020 04:59:34
                  AmeriCredit Financial Services, Inc.,    P O Box 183853,    Arlington, TX 76096
13498451         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 17 2020 05:06:47
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK   73126-8941
13461421        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 17 2020 04:59:34
                  Americredit Financial Services Inc. dba GM Financ.,    P O Box 183853,
                  Arlington, TX 76096-3853
13450224        +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 17 2020 04:59:34     GM Financial,
                  P.O. Box 183834,    Arlington, TX 76096-3834
13494665         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:06:22
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13450226         E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Apr 17 2020 05:05:53     T-Mobile,
                  PO Box 742596,    Cincinnati, OH 45274
13502255         E-mail/Text: bankruptcy@td.com Apr 17 2020 05:00:19    TD Bank N.A.,    Attn: Bankruptcy Dept.,
                  ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
13450227         E-mail/Text: bankruptcy@td.com Apr 17 2020 05:00:19    Td Bank N.A.,    32 Chestnut St,
                  Lewiston, ME 04240
                                                                                                TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Americredit Financial Services Inc. dba GM Financ.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:
```
              GEORGETTE   MILLER    on behalf of Debtor Paulette J Ducally mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
               fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Creditor    Toyota Motor Credit Corporation
               lgadomski@schillerknapp.com,    kcollins@schillerknapp.com
```

```
District/off: 0313-2          User: Lisa                    Page 2 of 2                   Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW               Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                         TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Paulette J Ducally
        Debtor(s)　　　　　　　　　　　　　Bankruptcy No: 14−20142−elf
　　　　　　　　　　　　　　　　　　　　Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                  900 Market Street
                     Suite 400
               Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                   For The Court
                                             Timothy B. McGrath
                                               Clerk of Court

Dated: 4/16/20

                                                                              55 − 54
                                                                        Form 138_new