United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-20142-elf
Paulette J Ducally                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Lisa              Page 1 of 2              Date Rcvd: Jun 18, 2020
                            Form ID: 206            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.
```
db            +Paulette J Ducally,    418 W. Lafayette Street,    Norristown, PA 19401-4650
13539931      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13450225      +Midland Mortgage Compa,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13839371      +Thomas Puleo,    KML Law Group P.C.,   c/o Midfirst Bank,    701 Market Street ste 5000,
                Philadelphia Pa 19106-1541
13450228      +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13453801       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 19 2020 04:27:07     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2020 04:26:46
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2020 04:26:57     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13454952       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 19 2020 04:26:22
                AmeriCredit Financial Services, Inc.,    P O Box 183853,    Arlington, TX 76096
13498451       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2020 04:43:16
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13461421      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 19 2020 04:26:22
                Americredit Financial Services Inc. dba GM Financ.,     P O Box 183853,
                Arlington, TX 76096-3853
13450224      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 19 2020 04:26:22     GM Financial,
                P.O. Box 183834,    Arlington, TX 76096-3834
13494665       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 04:31:23
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13450226       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jun 19 2020 04:31:49     T-Mobile,
                PO Box 742596,    Cincinnati, OH 45274
13502255       E-mail/Text: bankruptcy@td.com Jun 19 2020 04:26:49     TD Bank N.A.,    Attn: Bankruptcy Dept.,
                ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
13450227       E-mail/Text: bankruptcy@td.com Jun 19 2020 04:26:49     Td Bank N.A.,    32 Chestnut St,
                Lewiston, ME 04240
                                                                                               TOTAL: 11
```
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Americredit Financial Services Inc. dba GM Financ.
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:
```
              GEORGETTE   MILLER    on behalf of Debtor Paulette J Ducally mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
               fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    MIDFIRST BANK Josh.Goldman@padgettlawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              MARTIN A. MOONEY    on behalf of Creditor    Toyota Motor Credit Corporation
               lgadomski@schillerknapp.com,  kcollins@schillerknapp.com
```

```
District/off: 0313-2          User: Lisa                Page 2 of 2              Date Rcvd: Jun 18, 2020
                              Form ID: 206              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO   on behalf of Creditor   MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Paulette J Ducally                                                  Case No: 14−20142−elf

    Debtor(s)

___

*NOTICE OF CHAPTER 13 CASE CLOSED*
*WITHOUT DISCHARGE*

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

For The Court

Dated: 6/18/20

Timothy B. McGrath
Clerk of Court

61
Form 206