Certificate Number: 15317-PAW-DE-034957351

Bankruptcy Case Number: 14-20142


15317-PAW-DE-034957351

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 6, 2020, at 10:36 o'clock PM PDT, Paulette J Ducally completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 6, 2020              By:    /s/Janice Morla

                                   Name:  Janice Morla

                                   Title: Counselor