**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Paulette Ducally,** | **CHAPTER 13** |
| **Debtor(s),** | **CASE NO. 14-20142-elf** |

## ORDER

AND NOW, upon consideration of Debtor's Motion to Reopen Case to Grant Debtor A Discharge and after a hearing, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that case 14-20142 shall be re-opened for the purpose of entering a chapter 13 discharge order.

Date: 7/6/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**