United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 14-20142-elf
Paulette J Ducally  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jul 07, 2021      Form ID: pdf900      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paulette J Ducally, 418 W. Lafayette Street, Norristown, PA 19401-4650 |
| 13539931 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 13450225 | + | Midland Mortgage Compa, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 13839371 | + | Thomas Puleo, KML Law Group P.C., c/o Midfirst Bank, 701 Market Street ste 5000, Philadelphia Pa 19106-1541 |
| 13450228 | + | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13453801 | | Toyota Motor Credit Corporation (TMCC), PO BOX 8026, Cedar Rapids, Iowa 52408-8026 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 08 2021 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 08 2021 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 08 2021 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13454952 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 08 2021 00:15:00 | AmeriCredit Financial Services, Inc., P O Box 183853, Arlington, TX 76096 |
| 13498451 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 08 2021 00:26:49 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 13461421 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 08 2021 00:15:00 | Americredit Financial Services Inc. dba GM Financ., P O Box 183853, Arlington, TX 76096-3853 |
| 13450224 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 08 2021 00:15:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 13494665 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 08 2021 00:26:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13450226 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Jul 08 2021 00:26:51 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |
| 13502255 | | Email/Text: bankruptcy@td.com | Jul 08 2021 00:15:00 | TD Bank N.A., Attn: Bankruptcy Dept., ME2-002-035, P.O. Box 9547, Portland, ME 04112-9547 |
| 13450227 | | Email/Text: bankruptcy@td.com | Jul 08 2021 00:15:00 | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Americredit Financial Services Inc. dba GM Financ. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Paulette J Ducally jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor MIDFIRST BANK Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| MARTIN A. MOONEY | on behalf of Creditor TD BANK N.A. lgadomski@schillerknapp.com, kcollins@schillerknapp.com |
| MARTIN A. MOONEY | on behalf of Creditor Toyota Motor Credit Corporation lgadomski@schillerknapp.com kcollins@schillerknapp.com |
| THOMAS I. PULEO | on behalf of Creditor MIDFIRST BANK tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Paulette Ducally,    CHAPTER 13

Debtor(s),    CASE NO. 14-20142-elf

## ORDER

AND NOW, upon consideration of Debtor's Motion to Reopen Case to Grant Debtor A Discharge and after a hearing, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that case 14-20142 shall be re-opened for the purpose of entering a chapter 13 discharge order.

Date: 7/6/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**